# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Dubina, Joel F | 2. Court or Organization<br><br>U.S. COURT OF APPEALS/11TH Cir | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE--ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Post Office Box 867<br>Montgomery, AL 36101-0867 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The University of Georgia Law School | Athens, Ga.; April 11-12, Georgia Law Review Spring Banquet (transportation, meals, lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. JOEL F. DUBINA | | | | | | | | | |
| 2. COMMON STOCKS: | | | | | | | | | |
| 3. Insignia Finl Group Inc | A | Dividend | J | T | | | | | |
| 4. Torchmark Corp | B | Dividend | L | T | | | | | |
| 5. U.S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. Waddell & Reed Finl Inc. CL A | A | Dividend | K | T | | | | | |
| 7. Money Market Funds $793.31 Sterne, Agee & Leach | A | Interest | J | T | | | | | |
| 8. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | |
| 9. 50% interest in land, Montgomery County, AL | | None | O | R | | | | | |
| 10. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 11. Fannie Mae | A | Dividend | | | Sold | 12/17 | J | | Judge |
| 12. II. TRUST ASSETS #1 | | | | | | | | | |
| 13. Money Market Funds $6,427.91 Sterne, Agee & Leach | A | Interest | J | T | | | | | See note in Part VIII |
| 14. Federal National Mortgage | A | Dividend | | | Sold | 11/28 | K | | ▬▬ |
| 15. MUNICIPAL OBLIGATIONS: | | | | | | | | | |
| 16. Alabama St Docks Fac Rv | B | Interest | K | T | | | | | |
| 17. Mobile Co Al Tax Rv | B | Interest | | | Sold | 7/05 | K | A | ▬▬ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Huntsville Al Hlth Rv | B | Interest | K | T | | | | | |
| 19. Alabama Ind. Access R&B | B | Interest | K | T | | | | | |
| 20. University AL Huntsville (X) | B | Interest | K | T | Buy | 4/28 | K | | ▉▉▉ |
| 21. COMMON STOCKS: | | | | | | | | | |
| 22. Abbott Lab | A | Dividend | K | T | | | | | |
| 23. BankAmerica Corp | A | Dividend | K | T | | | | | |
| 24. Coca Cola Co | A | Dividend | K | T | | | | | |
| 25. General Electric Co | C | Dividend | M | T | | | | | |
| 26. Home Depot Inc | A | Dividend | K | T | | | | | |
| 27. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 28. Merck & Co Inc | A | Dividend | | | Sold | 4/12 | K | B | ▉▉▉ |
| 29. Pfizer Inc. | B | Dividend | K | T | | | | | |
| 30. Torchmark Corp | C | Dividend | N | T | Partial Sell | 11/28 | L | E | ▉▉▉ |
| 31. Waddell & Reed Finl Inc Cl A | B | Dividend | L | T | Partial Sell | 11/28 | K | E | ▉▉▉ |
| 32. Wrigley Wm Jr Co | A | Dividend | K | T | | | | | |
| 33. Integrity Life Ins Policy | A | Dividend | K | T | | | | | |
| 34. Microsoft Corp. | A | Dividend | | | Sold | 11/28 | K | | ▉▉▉ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Walt Disney | A | Dividend | | | Sold | 04/07 | J | | ▬▬ |
| 36. Schlumberger Ltd | A | Dividend | | | Sold | 11/28 | K | D | ▬▬ |
| 37. AOL Time Warner | A | Dividend | | | Sold | 4/12 | J | | ▬▬ |
| 38. First Horizon Bank (X) | A | Dividend | K | T | Buy | 04/07 | K | | ▬▬ |
| 39. | | | | | Sold | 11/28 | K | | ▬▬ |
| 40. Bristol Myers (X) | A | Dividend | K | T | Buy | 04/07 | K | | ▬▬ |
| 41. | | | | | Sold | 11/28 | K | | ▬▬ |
| 42. River Bank and Trust (X) | A | Dividend | K | T | Buy | 12/27 | K | | ▬▬ |
| 43. Hospira, Inc. (X) | | None | J | T | Buy | 7/18 | J | | ▬▬ |
| 44. (PERSONAL HOLDINGS): | | | | | | | | | |
| 45. Money Market Funds $6,078.45 Sterne, Agee | A | Interest | J | T | | | | | |
| 46. Torchmark Corp | B | Dividend | L | T | | | | | |
| 47. Waddell & Reed Finl Inc Cl A | A | Dividend | K | T | | | | | |
| 48. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 49. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | |
| 50. 12.5% interest in house, Ada AL | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dubina, Joel F | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI. LIABILITIES: The mortgage to Federal Land Bank for 50% interest in B Triple D Farm, Montgomery County, Alabama, was paid off and received Satisfaction of Mortgage March 8, 2005.

VII. INVESTMENTS AND TRUSTS:

page 4, line 13 -- Trust Asets #1 money market account previously at Regions Bank was transferred to Sterne, Agee and Leach 7/21/05

page 6, line 45 -- Personal Holdings money market account previously at Regions Bank was transferred to Sterne, Agee and Leach 7/21/05

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███                                               Date  5/5/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544